UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cordius Trust

    Plaintiff,

V.   CIVIL NO. 04-10267-WGY

Kummerfeld Associates, Inc. and Elizabeth Kummerfeld

    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel on behalf of the Plaintiff, Cordius Trust, in the above-captioned matter.

*Mary L. Cataudella*

Mary L. Cataudella, BBO# 553350
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
Tel: 617-557-5900
Fax: 617-557-5999
E-mail: mcataudella@rc.com

DATED: April 4, 2005

BOST1-854360-1