UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cordius Trust

    Plaintiff,

V.  :  CIVIL NO. 04-10267-WGY

Kummerfeld Associates, Inc. and Elizabeth Kummerfeld

    Defendant.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel on behalf of the Plaintiff, Cordius Trust, in the above-captioned matter.

*[signature]*
Bradford S. Babbitt, BBO# 566390
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel:  860-275-8200
Fax:  860-275-8299
E-mail: bbabbitt@rc.com

DATED: April 6, 2005

BOST1-854360-1